**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>CTK, LLC., a Kansas limited liability company<br><br>v. Starbucks Corporation, a Washington corporation | Case Number: FILED: JULY 16, 2008<br>08CV4044<br>JUDGE NORDBERG<br>MAGISTRATE JUDGE NOLAN<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CTK, LLC.

---

NAME (Type or print)
Eric D. Kaplan

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Eric D. Kaplan

FIRM    Kaplan Papadakis & Gournis, P.C.

180 North LaSalle Street, Suite 2108

CITY/STATE/ZIP    Chicago, Illinois 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6211270 | TELEPHONE NUMBER (312) 726-0531 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") : Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") : N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") : Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") : Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL             APPOINTED COUNSEL