## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CTK, LLC., a Kansas limited liability company<br>v. Starbucks Corporation, a Washington corporation | Case Number: **FILED: JULY 16, 2008**<br>**08CV4044**<br>**JUDGE NORDBERG**<br>**MAGISTRATE JUDGE NOLAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CTK, LLC.

---

| |
|---|
| NAME (Type or print)<br>John W. Baker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John W. Baker |
| FIRM   Kaplan Papadakis & Gournis, P.C. |
| 180 North LaSalle Street, Suite 2108 |
| CITY/STATE/ZIP   Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292328 | TELEPHONE NUMBER (312) 726-0531 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") : N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") : N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") : N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") : N |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          APPOINTED COUNSEL