# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CTK, LLC., a Kansas limited liability company

v. Starbucks Corporation, a Washington corporation

Case Number: **FILED: JULY 16, 2008**
**08CV4044**
**JUDGE NORDBERG**
**MAGISTRATE JUDGE NOLAN**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

CTK, LLC.

| |
|---|
| NAME (Type or print)<br>Jared I. Rothkopf |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Jared I. Rothkopf |
| FIRM    Kaplan Papadakis & Gournis, P.C. |
| 180 North LaSalle Street, Suite 2108 |
| CITY/STATE/ZIP    Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6290614 | TELEPHONE NUMBER (312) 726-0531 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") : N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") : N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") : N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") : N |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL