### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv4044

Assigned/Issued By: AEE

Judge Name: NORDBERG

Designated Magistrate Judge: NOLAN

---

**FEE INFORMATION**

***Amount Due:***
- ☐ $350.00
- ☐ $39.00
- ☐ $5.00
- ☐ IFP
- ☐ No Fee
- ☐ Other _____
- ☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

**ISSUANCES**

- ☐ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Abstract of Judgment
- ☐ Wage-Deduction Garnishment Summons
  _____
  *(Victim, Against and $ Amount)*
- ☐ Citation to Discover Assets
- ☐ Writ _____
  *(Type of Writ)*
- ☐ Other
  _____
  *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
*(Date)*

_____

_____