UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 06 2008  RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CTK, LLC., a Kansas limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08 CV 4044 ) Judge Nordberg ) Magistrate Judge Nolan |
| STARBUCKS CORPORATION, A Washington corporation, | ) ) ) |
| Defendant. | ) **DEFENDANT DEMANDS** ) **TRIAL BY JURY** |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD

Defendant Starbucks Corporation ("Starbucks") moves this Court to enter the attached Agreed Order extending until September 8, 2008, the date by which Starbucks must answer or otherwise plead, which is an extension of approximately 30 days from the date that Starbucks' responsive pleading would otherwise be due. Plaintiff's counsel has agreed to the requested extension.

DATED: August 6, 2008

Respectfully Submitted,
STARBUCKS CORPORATION, a Washington corporation

By: _____
One of its Attorneys

Peter D. Finocchiaro, Esq.
Pachter, Gregory & Finocchiaro, P.C.
790 Estate Drive – Suite 150
Deerfield, Illinois 60015
Firm No. 6195505
p: (847) 317-7350
f: (847) 317-7355

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CTK, LLC., a Kansas limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No. 08 CV 4044 |
| v. | ) ) | Judge Nordberg |
| | ) | Magistrate Judge Nolan |
| STARBUCKS CORPORATION, A Washington corporation, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

THIS MATTER coming before the Court on the parties' Agreed Motion for Extension of Time to Answer or Otherwise Plead, it is hereby ordered that:

1. The Agreed Motion is Granted;

2. Defendant is to file a response to the Complaint on or before September 8, 2008.

Dated: _____, 2008

ENTER: _____

_____
Judge

Peter D. Finocchiaro
Pachter, Gregory & Finocchiaro, PC
790 Estate Drive
Suite 150
Deerfield, IL  60015
Attorney Number:  6195505

## CERTIFICATE OF SERVICE

      Peter D. Finocchiaro certifies that he served a copy of Defendant's Agreed Motion for Extension of Time to File Answer or otherwise please to the counsel of record, by facsimile transmission and delivery in the U.S. Mail, postage pre-paid, before 5:00 p.m., on August 6, 2008.

Pachter, Gregory & Finocchiaro, P.C.
790 Estate Drive – Suite 150
Deerfield, Illinois 60015
Firm No. 6195505

Peter D. Finocchiaro