## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CTK, LLC., a Kansas limited liability company, ) ) ) Plaintiff, ) ) v. ) ) STARBUCKS CORPORATION, ) A Washington corporation, ) ) Defendant. ) | Case No. 08 CV 4044 Judge Nordberg Magistrate Judge Nolan **DEFENDANT DEMANDS TRIAL BY JURY** |

### NOTICE OF MOTION

To:  Eric D. Kaplan
     Jared I. Rothkopf
     **KAPLAN PAPADAKIS & GOURNIS, P.C.**
     180 North LaSalle Street
     Suite 2108
     Chicago, Illinois 60601
     (312) 726-0531

**FILED**

AUG 06 2008  RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE** that on August 14, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Nordberg in Room 1801, located in the Dirkson Federal Building, Chicago, Illinois, or in his absence, before any Judge who may be sitting in his stead, and then and there present the attached Defendant's Agreed Motion for Extension of Time, copies of which is attached and hereby served upon you.

                                          STARBUCKS CORPORATION,
                                          A Washington corporation

                                          By: _____
                                              One of their attorneys

Peter D. Finocchiaro, Esq.
Pachter, Gregory & Finocchiaro, PC
790 Estate Drive, Suite 150
Deerfield, Illinois 60015
Attorney Number: 6195505

## CERTIFICATE OF SERVICE

    Peter D. Finocchiaro certifies that he served a copy of Defendant's Agreed Motion for Extension of Time to File Answer or otherwise please to the counsel of record, by facsimile transmission and delivery in the U.S. Mail, postage pre-paid, before 5:00 p.m., on August 6, 2008.

Pachter, Gregory & Finocchiaro, P.C.
790 Estate Drive – Suite 150
Deerfield, Illinois 60015
(847) 317-7350
Firm No. 6195505

                    Peter D. Finocchiaro