

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 06 2008
Aug 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CTK, LLC., a Kansas limited liability company, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| STARBUCKS CORPORATION, A Washington corporation, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 08 CV 4044
Judge Nordberg
Magistrate Judge Nolan

**DEFENDANT DEMANDS TRIAL BY JURY**

## NOTICE OF FILING

To:  Eric D. Kaplan
     Jared I. Rothkopf
     **KAPLAN PAPADAKIS & GOURNIS, P.C.**
     180 North LaSalle Street
     Suite 2108
     Chicago, Illinois 60601
     (312) 726-0531

   **PLEASE TAKE NOTICE** that on August 6, 2008, we filed with the Clerk of the Northern District of Illinois, the under-indicated parties' Appearance of Starbucks and Agreed Motion for Extension of time, copies of which is attached and hereby served upon you.

                              STARBUCKS CORPORATION,
                              A Washington corporation

                              By: _____
                                   One of their attorneys

Peter D. Finocchiaro, Esq.
Pachter, Gregory & Finocchiaro, PC
790 Estate Drive, Suite 150
Deerfield, Illinois 60015
Attorney Number: 6195505

## CERTIFICATE OF SERVICE

Peter D. Finocchiaro certifies that he served a copy of Defendant's Agreed Motion for Extension of Time to File Answer or otherwise please to the counsel of record, by facsimile transmission and delivery in the U.S. Mail, postage pre-paid, before 5:00 p.m., on August 6, 2008.

Pachter, Gregory & Finocchiaro, P.C.
790 Estate Drive – Suite 150
Deerfield, Illinois  60015
(847) 317-7350
Firm No. 6195505

Peter D. Finocchiaro

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number: 08 CV 4044

CTK, LLC., a Kansas limited liability company

v. Starbucks Corporation, a Washington corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Starbucks Corporation, a Washington corporation

FILED
Aug 6, 2008
AUG 06 2008   RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Peter D. Finocchiaro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM<br>Pachter, Gregory & Finocchiaro, PC | |
| STREET ADDRESS<br>790 Estate Drive, Suite 150 | |
| CITY/STATE/ZIP<br>Deerfield, IL  60015 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6195505 | TELEPHONE NUMBER<br>847 317 7350 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |